UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **1st** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Mauro A Castillo** | JOINT DEBTOR: **Marta Castillo Mendoza** | CASE NO.: **16-14291** |
| Last Four Digits of SS# **xxx-xx-8793** | Last Four Digits of SS# **xxx-xx-7784** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **831.80** for months **1** to **8** ;
- B. $ **1,059.84** for months **9** to **9** ;
- C. $ **2,074.80** for months **10** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee $ **3,500.00** (Base Legal Fees)
MMM $ **2,600.00**
Motion $ **525.00** (Motion to Modify)
Total Fees: $ **6,625.00**
TOTAL PAID $ **1,040.00**
Balance Due: $ **5,585.00** payable $ **130.22** /month (Months **1** to **8** ); then $ **26.58** /month (Months **9** to **9** );
then $ **188.20**/month (Months **10** to **33** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **HSBC Mortgage Corp USA** Arrearage on Petition Date $ **36,257.27**
   Address: **2929 Walden Ave; Depew, NY 14043**  Arrears Payment $ **710.93** /month (Months **10** to **60** )
   **666.45** (Months **1** to **8** )
   **xxxxxx3976**   **927.28** (Months **9** to **9** )
   Account No: **POC No. 4**  Regular Payment $ **968.19** /month (Months **10** to **60** )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Miami Dade Housing Agency Development and Loan Administration Divi; 2103 Coral Way; 7 floor; Miami, FL 33145** Account No: **x1631** | **735 NW 64 Street Miami, FL 33150 Miami-Dade County** $ 60,568.00 | 0% | $ 0.00 | 60 To 60 | 0.00 |
| **Miami Dade Housing Agency Development and Loan Administration Divi; 2103 Coral Way; 7 floor; Miami, FL 33145** Account No: **x7875** | **735 NW 64 Street Miami, FL 33150 Miami-Dade County** $ 60,568.00 | 0% | $ 0.00 | 60 To 60 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due $ _____
Payable $ _____ /month (Months _ to _ )   Regular Payment $ _____

Unsecured Creditors: Pay $ **188.20** /month (Months **34** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**

**-NONE-**

**Assumed Contracts and/or Leases**

**-NONE-**

1) The debtor(s) is hereby advised that the Chapter 13 Trustee has requested that the debtor(s), on or before May 15 of each year during the pendency of the plan, file the documents listed in Section 521(f)(1), (2),(3) and (4).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Mauro A Castillo | /s/ Marta Castillo Mendoza |
|---|---|
| **Mauro A Castillo** | **Marta Castillo Mendoza** |
| Debtor | Joint Debtor |
| Date: **November 7, 2016** | Date: **November 7, 2016** |